427 A.2d 265

Commonwealth v. Lopez, Appellant.

Submitted December 6, 1979. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Affirmed.

427 A.2d 265

Commonwealth v. Moultrey, Appellant.

Submitted December 6, 1979. George C. Yatron, Assistant Public Defender, for appellant; J. Michael Morrisey, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.